IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 7 |
| | { | |
| Samuel Antoine Smith, | { | CASE NO. 19-57855-SMS |
| | { | |
| Debtor. | { | |

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| Samuel Antoine Smith, | { | |
| | { | |
| Debtor. | { | |
| | { | |
| vs. | { | CONTESTED MATTER |
| | { | |
| OneMain Financial Group, LLC., | { | |
| | { | |
| Respondent. | { | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDGMENT LIEN AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a Motion to Avoid Judicial lien pursuant to 11 U.S.C. § 522 has been filed in the above styled case on or about July 10, 2019.

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 6008-2 NDGA, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Debtor's Attorney. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Dated: July 10, 2019                               Respectfully Submitted,

By: /s/ Cha'Ron A. Ballard
Cha'Ron A. Ballard
Attorney for Debtor
The Ballard Law Group
3664 Club Drive, Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 Office
(404) 220-9907 Fax
theballardlawgroup@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Samuel Antoine Smith, | CASE NO. 19-57855-SMS |
| Debtor. | |
| IN RE: | |
| Samuel Antoine Smith, | |
| Debtor. | |
| vs. | CONTESTED MATTER |
| OneMain Financial Group, LLC., | |
| Respondent. | |

## MOTION TO AVOID JUDGMENT LIEN

COMES NOW Debtor, Samuel Antoine Smith, by and through under-signed counsel, and files this Motion to Avoid the Judgment Lien of OneMain Financial Group, LLC., and represents as follows:

**1.**

This case was commenced on May 20, 2019 by the filing of a Voluntary Petition in Bankruptcy for relief under Chapter 7 of Title 11 of the United States Code.

**2.**

This Motion is filed by the Debtor under 11 U.S.C. § 522(f) (1) to avoid a lien which purports to attach to Debtor's personal property.

**3.**

Respondent obtained a judgment against the Debtor on or about October 11, 2018 in the Magistrate Court of Newton County County, civil action number 18-4033CS, and the amount of the judgment lien is approximately $3,960.45.

**4.**

Pursuant to 11 U.S.C. § 522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt on Schedule C, including all allowed amendments to Schedule C, the property as listed on Schedule A/B.

**5.**

The value of each claimed exemption in the above-listed property is equal to or greater than the value of that property.

**Wherefore**, Movant prays for:

(a) A judgment against Respondent for the cancellation and avoidance of the said lien;

(b) Such other and further relief that this Court deems fair and just.

Dated: July 10, 2019

                                      Respectfully Submitted,

                                      By: /s/ Cha'Ron A. Ballard
Cha'Ron A. Ballard
Attorney for Debtor
The Ballard Law Group
3664 Club Drive, Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 Office
(404) 220-9907 Fax
theballardlawgroup@gmail

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 7 |
| Samuel Antoine Smith, | { | CASE NO. 19-57855-SMS |
| Debtor. | { | |

| | | |
|---|---|---|
| IN RE: | { | |
| Samuel Antoine Smith, | { | |
| Debtor. | { | |
| vs. | { | CONTESTED MATTER |
| OneMain Financial Group, LLC., | { | |
| Respondent. | { | |

### CERTIFICATE OF SERVICE

    I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Avoid Judicial Lien with Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

*Debtor*
Samuel A. Smith
8133 N. Links Drive
Covington, GA 30014

*Respondent*
OneMain Financial Group, LLC
c/o John A. Swann
Friesmen, Macon, Swann and Malone
2905 Piedmont Rd. NE, Ste. C
Atlanta, GA 30305

*Respondent*
OneMain Financial Group, LLC.
Attn: Bankruptcy
P O Box 3251
Evansville, IN 47731

*Notice of Appearance:*
Attn: Capital One Auto Finance, a division of Capital One, N.A. Department AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

*Notice of Appearance:*
Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
Attn: Avi Schild

*Respondent*
OneMain Financial Group, LLC
P O Box 1010
Evansville, IN 47706

*Respondent*
Douglas H. Schulman- Pres. & CEO
OneMain Financial Group, LLC.
100 International Drive, 16th Floor
Baltimore, MD 21202

*Registered Agent*
OneMain Financial Group, LLC
c/o CT Corporation System
289 S. Culver St.
Lawrenceville, GA 30046-4805

*Registered Agent*
OneMain Financial Group, LLC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

*United States Trustee*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

  I further certify that, by agreement of parties Cathy L. Scarver, Standing Chapter 7 Trustee, and the Office of the United States Trustee were served via the ECF electronic mail/noticing system

Dated: July 10, 2019

Respectfully Submitted,
By: /s/ Cha'Ron A. Ballard
Cha'Ron A. Ballard
Attorney for Debtor
The Ballard Law Group
3664 Club Drive, Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 Office
theballardlawgroup@gmail.com