**IT IS ORDERED as set forth below:**

**Date: August 14, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 19-57855-SMS |
| SAMUEL ANTOINE SMITH, | CHAPTER 7 |
|     Debtor(s)/Movant(s), | |
| v. | JUDGE SIGLER |
| ONEMAIN FINANCIAL GROUP, LLC, | CONTESTED MATTER |
|     Respondent. | |

### O R D E R

       Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 18). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-2, N.D. Ga. Since the creditor whose lien is sought to be avoided has failed to controvert the allegations in the Motion, it is hereby

**ORDERED** that the lien held by the Respondent upon exempt property of the above-named Movant(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Movant(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

**Samuel Antoine Smith**
8133 N. Links Drive
Covington, GA 30014

**Cha'Ron A. Ballard**
The Ballard Law Group, P.C.
Suite 203 A
3664 Club Drive
Lawrenceville, GA 30044

**Cathy L. Scarver**
P. O. Box 672587
Marietta, GA 30006

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**OneMain Financial Group, LLC**
c/o John A. Swann
Friesmen, Macon, Swann and Malone
2905 Piedmont Rd., NE, Ste C
Atlanta, GA  30305

**One Main Financial Group, LLC**
**Attn: Bankruptcy**
PO Box 3251
Evansville, IN  47731

**Capital One Auto Finance**
**a division of Capital One, NA Department AIS Portfolio Services**
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118

**Atlas Acquisitions, LLC**
Attn: Avi Schild
294 Union St.
Hackensack, NJ 07601

**OneMain Financial Group, LLC**
PO Box 1010
Evansville, IN 47706

**Douglas H. Schulman-Pres. & CEO**
**One Main Financial Group, LLC**
100 International Drive, 16th Floor
Baltimore, MD  21202

**OneMain Financial Group, LLC**
**c/o CT Corporation System**
289 S. Culver St
Lawrenceville, GA  30046-4805

**OneMain Financial Group, LLC**
**c/o The Corporation Trust Company**
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

```
                              United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                                                  Case No. 19-57855-sms
Samuel Antoine Smith                                                                    Chapter 7
          Debtor
                                        CERTIFICATE OF NOTICE
District/off: 113E-9               User: trp                    Page 1 of 1                  Date Rcvd: Aug 14, 2019
                                   Form ID: pdf400              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db             +Samuel Antoine Smith,    8133 N. Links Drive,    Covington, GA 30014-3952
               +Douglas H. Schulman-Pres. & CEO,    One Main Financial Group, LLC,
                 100 International Drive, 16th Floor,    Baltimore, MD 21202-4683
               +OneMain Financial Group, LLC,    c/o John A. Swann,    Friesmen, Macon, Swann and Malone,
                 2905 Piedmont Rd., NE, Ste C,    Atlanta, GA 30305-2781
                OneMain Financial Group, LLC,    c/o CT Corporation System,    289 S. Culver St,
                 Lawrenceville, GA 30046-4805
22351864       +One Main Financial Group LLC,    c/o John A. Swann,    Friesem,Macon, Swann and Malone,
                 2905 Piedmont Rd NE Ste C,    Atlanta, GA 30305-2781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@atlasacq.com Aug 14 2019 22:13:03     Atlas Acquisitions, LLC,
                 Attn: Avi Schild,    294 Union Street,   Hackensack, NJ 07601-4303
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 22:18:14
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 22:17:02
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, L.P.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
               +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 22:18:00     OneMain Financial Group, LLC,
                 c/o The Corporation Trust Company,    Corporation Trust Center,    1209 Orange St,
                 Wilmington, DE 19801-1196
22447547       +E-mail/Text: bnc@atlasacq.com Aug 14 2019 22:13:03     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
22351837        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 22:18:10     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
22351836       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 22:18:10     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
22351838       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 22:17:13
                 Capital One Auto Finance,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
22351839       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 22:17:14
                 Capital One Auto Finance,    Po Box 259407,   Plano, TX 75025-9407
22351865       +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 22:18:00     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731-3251
22351866       +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 22:16:49     OneMain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              Cathy L. Scarver    trusteescarver@bellsouth.net,
               ga06@ecfcbis.com;papc1@bellsouth.net;yolanda_clsa@bellsouth.net
              Cha'Ron A. Ballard    on behalf of Debtor Samuel Antoine Smith theballardlawgroup@gmail.com,
               courtnotices@blglawgroup.com;R46072@notify.bestcase.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 3
```